Exhibit D



