Exhibit E



BEACH SAND
CUFF
BRACELET

$36.00

ADD TO CART



RELATED PRODUCTS

Previous product  /  Next product