Exhibit F



