PRODUCTS     ABOUT     CONTACT     CART



## WIRE WRAPPED SAND BANGLE

$32.00

Venice, FL - Silver ▼

ADD TO CART