Exhibit H

PRODUCTS   ABOUT   CONTACT   CART



BEACH SAND STUDS
—
$35.00

ADD TO CART

