

MENU



*The Original Beach Sand Jewelry Co.*™

HOME / JEWELRY / NECKLACES / SANDBAR NECKLACE

# Sandbar Necklace

SKU: SBAR_N

$154.00



The Sandbar™. A perfect play on words accompanies this statement-making necklace. A sterling silver, 1.75"x.25" bezel is filled with your choice of beach sand, then hand sanded and polished to the final matte finish. Available with 16", 18" or 20" silver chain or black cord.

## Select your sand:

**SELECT A SAND**

**PROVIDE YOUR OWN SAND**

TYPE *             CHOOSE AN OPTION…

SIZE *             CHOOSE AN OPTION…

QTY:               1

ADD TO CART

ADD TO WISHLIST

## Fine Print

RETURN POLICY

WARRANTY & REPAIR

PRIVACY POLICY

BECOME A DEALER

## Stay in the Loop

Sign up for all the latest news & special offers from Dune Jewelry

EMAIL ADDRESS    GO

## Send Us Your Sand

Detailed instructions on how to send us your sand

SEE DETAILS

© 2015 DUNE JEWELRY. ALL RIGHTS RESERVED U.S. PATENT NO. D705,113 - D704,589 & OTHER PATENTS PENDING

DESIGNED BY TOOL STUDIOS